# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALPHASENSE, OY and ALPHASENSE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SENTIEO, INC., <br><br> Defendant. | C. A. No. : <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs AlphaSense Oy and AlphaSense, Inc. submit the following corporate disclosure statements:

1) Plaintiff AlphaSense Oy is a wholly owned subsidiary of AlphaSense LLC.

2) Plaintiff AlphaSense, Inc. is a wholly owned subsidiary of AlphaSense Oy.

Dated: July 9, 2021

*OF COUNSEL*:

John B. Campbell *(To Appear Pro Hac Vice)*
John F. Garvish, II *(To Appear Pro Hac Vice)*
Matthew T. Cameron *(To Appear Pro Hac Vice)*
McKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8700
jcampbell@McKoolSmith.com
jgarvish@McKoolSmith.com
mcameron@McKoolSmith.com

Alan P. Block *(To Appear Pro Hac Vice)*
McKOOL SMITH, P.C.
300 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 694-1200
ablock@McKoolsmith.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

 /s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiffs*
*AlphaSense Oy and AlphaSense, Inc.*